UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>           Defendants. | CASE NO. 24-93<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the Parties' Stipulated Protective Order. (Dkt. No. 52.) Having reviewed the Stipulated Order, the Court DENIES entry of the Order without prejudice.

The Court appreciates that the Parties have submitted a proposed protective order that largely tracks the District's Model Protective Order. But the Parties propose an overbroad and vague definition of "confidential material." As the Model Protective Order instructs, the Parties

"must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;'" and may not "list broad categories of documents such as "sensitive business material.'" Model Stipulated Protective Order at 2, available at https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf. Here, the Parties have provided only broad categories of "materials" without any specificity. The Court will consider a more specific and narrow definition of "confidential material" that tracks the Model Protective Order and identifies specific documents, rather than an open-ended and overbroad category of documents.

For this reason, the Court DENIES the Order without prejudice. The Court will consider entry of a revised Stipulated Protective Order that addresses the Court's concerns set forth in this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 4, 2024.

Marsha J. Pechman
United States Senior District Judge