Hon. Marsha J. Pechman

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9  | PLINTRON TECHNOLOGIES USA LLC,

No. 2:24-cv-00093-MJP

10 |     Plaintiff,

PLAINTIFF'S MOTION FOR
ALTERNATIVE SERVICE

11 |     v.

12 | JOSEPH PHILLIPS, RICHARD PELLY,
THOMAS MATHEW, GREG
13 | MCKERVEY, and DESIREE MICHELLE
GRAY,

NOTE ON MOTION CALENDAR:
February 5, 2025

14

15 |     Defendants.

16      Pursuant to Federal Rule of Civil Procedure 4(e)(1) and 4(h)(1), Plaintiff Plintron

17  Technologies USA LLC ("Plaintiff" or "Plintron USA") by and through its counsel,

18  respectfully submits this Motion for Alternative Service for an Order authorizing Plintron

19  USA to complete service of process via the California Secretary of State on Megatel Netcom

20  Corporation ("Megatel") of the attached subpoena.

21                               **INTRODUCTION**

22      Plintron USA filed its Complaint against five former employees, Joseph Phillips,

23  Richard Pelly, Thomas Mathew, Greg McKervey, and Desiree Michelle Gray

24  ("Defendants"), on January 22, 2024.  *See* Complaint, Dkt. 1.  As part of Plintron USA's

25  ongoing fact discovery, Plintron USA identified at least five former or current Plintron USA

26

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
(No. 2:24-cv-00093-MJP) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

customers who engaged in business discussions or entered into agreements with competing or complimentary companies.  One such customer is Megatel Netcom Corporation.

To investigate the extent of these interactions and agreements and obtain relevant information, Plintron USA prepared a subpoena for documents and deposition testimony from Megatel.

As set forth in more detail below, Plintron USA's efforts to serve Megatel were persistent but ultimately unsuccessful.  These efforts were:

- Plintron USA attempted to serve Megatel at the California address of its registered agent;

- Plintron USA attempted to serve Megatel at its corporate location; and

- Plintron USA sent multiple emails to its corporate contacts at Megatel but never received a response.

Despite Plintron USA's persistent efforts over several weeks and through these different channels, service of the subpoena was not completed.

Under California law, this Court may authorize service on a California corporation via service on the California Secretary of State if "it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent."  Cal. Corp. Code § 1702(a); *see also id.* § 1702(d) (service can be authorized by any federal court where action is pending); Cal. Civ. Proc. Code § 416.10(d).  Because Plintron USA has been unable to serve Megatel, Plintron USA seeks an Order authorizing service of the subpoena by way of the California Secretary of State.

## BACKGROUND

### I.    Plintron USA's Attempts to Serve Megatel's Registered Agent.

On November 8, 2024, Plintron USA began its attempts to serve a subpoena seeking the production of certain documents and deposition testimony on Megatel at the address

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

listed for its registered agent—Yonghui Liu.  *See generally* Ex. 6.  The initial attempt of Plintron USA's service processor, Serving by Irving Inc., was unsuccessful as no such registered agent was found at the provided address.  *Id.*

The process server initially made <u>seven</u> attempts at service, including waiting for hours at a time and "staking out" the location.  *Id.*  Despite several attempts, there was no answer at the location.  *Id.*  Other attempts resulted in no answer despite there being vehicles parked in the driveway, observed movement from inside the residence, or lights on at the residence.  *Id.* at ¶¶ 5-9.  On two attempts an unidentified woman was observed leaving the residence, but no response was made upon subsequent service.  *Id.* at ¶¶ 9-10.

**II.     Plintron USA's Attempts to Serve Megatel at its Corporate Address.**

Plintron USA's service efforts continued on December 5, 2024 when Plintron USA attempted to serve the subpoena on Megatel at Megatel's corporate address—11100 Valley Boulevard, Suite 202, El Monte, California.  *See* Ex. 7 at ¶ 2-3.  During this attempt, the door for Suite 202 was locked, however, a note in the window of Suite 202 instructed that if Suite 202 was closed to go to Suite 200.  *Id.* at ¶ 3.  When the process server visited Suite 200, it was also closed.  *Id.*  Finally, the process server visited Suite 316, where the building receptionist informed him that Suites 202 and 200 were empty, and that although Megatel was in Suite 202, they moved out approximately one year ago.  *Id.*  The California Secretary of State, however, still lists Megatel's status as active in relation to the listed corporate address featured on Megatel's website.  *See* Songer Decl. Ex. 2.; *see also* Ex. 3.

**III.    Further Attempts by Plintron USA to Serve Megatel.**

Plintron USA also attempted to initiate service on Megatel by emailing its corporate contact, Steven Ni, on two separate occasions—November 19, 2024 and January 2, 2025.  *See* Songer Decl. Ex. 4.  Plintron USA never received a response from its outreach.  *Id.* at ¶ 6.  On January 7, 2025, Plintron USA attempted initiate service on Megatel by emailing Peter Liu, Megatel's Chief Financial Officer.  *See* Songer Decl. Ex. 5.  In this

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

correspondence, Plintron USA also included Steven Ni in copy line.  *Id*.  Unsurprisingly, Plintron USA's email went unanswered once again.  *Id* at ¶ 7.

<b>ARGUMENT</b>

**I.      Megatel Cannot be Served with Reasonable Diligence.**

Plintron USA seeks an Order from the Court allowing Plintron USA to serve Megatel via the California Secretary of State.  Pursuant to Federal Rule of Civil Procedure 4(e)(1) and 4(h)(1), corporations may be properly served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."  Fed. R. Civ. P. 4(e)(1).  Rule 4(h)(1)(a) provides that a plaintiff may serve a corporation located in a judicial district of the United States "in the manner prescribed by Rule 4(e)(1) for serving an individual."  Fed. R. Civ. P. 4(h)(1)(a).

Under California law, a court may authorize service on a California corporation via service on the California Secretary of State if "it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent."  Cal. Corp. Code § 1702; *see also* Cal. Civ. Proc. Code § 416.10(d).  "To demonstrate 'reasonable diligence,' the plaintiff must show that it 'took those steps a reasonable person who truly desired to give notice would have taken under the circumstances.'"  *Bakery & Confectionery Union & Indus. Int'l Pension Fund v. Dick's Bakery, Inc.*, 2020 WL 4284821, at *3 (N.D. Cal. July 27, 2020).  Reasonable diligence may include stakeout or repeated attempts at service utilizing a service processor.  *See Pac. Bell Tel. Co. v. 88 Connection Corp.*, 2016 WL 946132, at *3 (N.D. Cal. Mar. 14, 2016) (finding that attempts at service including stakeouts showcased reasonable diligence in attempting to effectuate service); *see also Dick's Bakery*, 2020 WL 4284821, at *3 (granting motion where Plaintiffs made repeated attempts at service using a service processor).

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Despite Plintron USA's reasonable diligence, Plintron USA was unable to locate and serve Megatel's registered agent. *See* Exs. 6, 7. Plintron conducted seven attempts to serve Megatel's registered agent, Yonghui Liu and one attempt to serve Megatel at its corporate address—which is listed as active with the California Secretary of State. *Id.* Moreover, Plintron USA sent several emails to Megatel's corporate contacts, Steven Ni and Peter Liu, in an attempt to effectuate service. *See* Songer Decl. Exs. 4-5. All of these attempts were unsuccessful. *Id.*; *see also* Songer Decl. ¶¶ 3, 6-7. These repeated attempts by the service processor on Megatel's registered agent included "'stakeouts' where the process server waited for hours at a time." *See Pac. Bell Tel. Co.*, 2016 WL 946132, at *3 (granting motion for service on California corporation via California Secretary of State where plaintiff made multiple personal service attempts at the business address on record and followed leads by its private investigator to attempt to locate the registered agent without success); *see also Dick's Bakery*, 2020 WL 4284821, at *3 (granting motion where Plaintiffs made repeated attempts at service using a service processor).

As a result of Plintron USA's exhaustive but unsuccessful attempts to serve Megatel, Plintron USA has demonstrated reasonable diligence, and an Order authorizing service on Megatel via the California Secretary of State pursuant to Cal. Corp. Code § 1702 is proper.

## CONCLUSION

For the foregoing reasons Plintron USA seeks an Order from the Court allowing Plintron USA to serve the California Secretary of State in lieu of Megatel's designated registered agent.

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
(No. 2:24-cv-00093-MJP) – Page 5

1    I certify that this memorandum contains 1,322 words, in compliance with the Local

2    Civil Rules.

3    DATED this 15th day of January, 2025.

4    Respectfully submitted,

5    McNAUL EBEL NAWROT & HELGREN PLLC

6    By:  s/ Daniel M. Weiskopf

7    Daniel M. Weiskopf, WSBA No. 44941
     Claire Martirosian, WSBA No. 49528

8

9    600 University Street, Suite 2700
     Seattle, Washington 98101

10   (206) 467-1816
     dweiskopf@mcnaul.com

11   cmartirosian@mcnaul.com

12   AND

13   WHITE & CASE LLP

14   Michael J. Songer (admitted *pro hac vice*)
     701 Thirteenth Street, NW

15   Washington, DC 2005-3807
     (202) 626-3600

16   michael.songer@whitecase.com

17   Kristen O'Shaughnessy (admitted *pro hac vice*)
     Tiffany Arosemena (admitted pro hac vice)

18   1221 Avenue of the Americas

19   New York, NY 10020
     (212) 819-8200

20   kristen.oshaughnessy@whitecase.com
     tiffany.arosemena@whitecase.com

21

22   *Attorneys for Plaintiff*

23

24

25

26

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
(No. 2:24-cv-00093-MJP) – Page 6