Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>　　　　Defendants. | No. 2:24-cv-00093-MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE<br><br>[~~PROPOSED~~] |

　　　This matter comes before the Court upon Plaintiff's Motion for Alternative Service (Dkt. No. 92), brought by Plaintiff Plintron Technologies USA LLC ("Plaintiff" or "Plintron USA").  Having considered the Motion and Defendant Joseph Phillips' Notice of Non-Opposition to the same (Dkt. No. 122), the Court finds that Plaintiff has demonstrated good cause for the requested relief.

　　　IT IS SO ORDERED, that Plaintiff may subpoena Megatel Netcom Corporation ("Megatel") by service through the California Secretary of State under Federal Rule of Civil Procedure 4(e)(1) and 4(h)(1) and pursuant to Cal. Corp. Code § 1702(a).

　　　//
　　　//
　　　//

ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE (No. 2:24-cv-00093-MJP) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DATED this 26 day of February, 2025.

*[signature]*

Hon. Marsha J. Pechman
United States District Court Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ALTERNATIVE SERVICE (No. 2:24-cv-00093-MJP) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816