THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>        Defendants.<br><br>―――――――――――――――<br><br>JOSEPH PHILLIPS,<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>PLINTRON TECHNOLOGIES USA LLC,<br><br>        Counterclaim Defendant. | No. 2:24-cv-00093-MJP<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF JOSEPH PHILLIPS' MOTION TO SEAL (1) MOTION TO COMPEL PLINTRON TO SUPPLEMENT ITS DOCUMENT PRODUCTION; AND (2) MOTION TO COMPEL PLINTRON TO SUPPLEMENT ITS INTERROGATORY RESPONSES**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 5, 2025** |

[~~PROPOSED~~] ORDER GRANTING JOSEPH PHILLIPS'
MOTION TO SEAL MOTIONS TO COMPEL
(2:24-cv-00093-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

THIS MATTER comes before the Court on Defendant/Counterclaim Plaintiff Joseph Phillips' Motion to Seal. (Dkt. No. 97.) The Court considered the following documents in entering this Order:

1. Defendant/Counterclaim Plaintiff Joseph Phillips' Motion to Seal;

2. Declaration of Matthew Diggs in Support of Motion to Seal (Dkt. No. 98);

3. The other pleadings and files in the Court record.

**ORDER:**

Being fully advised in this matter, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the instant Motion is GRANTED.

1. Exhibits H, I, J, K, L, M, N, O, P, Q, R, T, V, W, and Y of the Declaration of Matthew Diggs in Support Of Defendant and Counterclaim Plaintiff Joseph Phillips' Motion to Compel Plintron to Supplement its Document Production (Dkt. No. 104) shall remain sealed in their entirety.

2. Certain information contained within Defendant and Counterclaim Plaintiff Joseph Phillips' Motion Compel Plintron to Supplement its Document Production (Dkt. No. 99), and Defendant and Counterclaim Plaintiff Joseph Phillips' Motion Compel Plintron to Supplement its Interrogatory Responses (Dkt. No. 101) shall remain redacted on the Court's docket. The sealed versions of both motions, (<u>see</u> Dkt. Nos. 100, 102,) shall remain sealed on the Court's docket.

IT IS SO ORDERED.

DATED this 4 day of March, 2025.

THE HONORABLE MARSHA J. PECHMAN

[PROPOSED] ORDER GRANTING JOSEPH PHILLIPS'
MOTION TO SEAL MOTIONS TO COMPEL
(2:24-cv-00093-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax