The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>    Defendants. | No. 2:24-cv-00093-MJP<br><br>ORDER GRANTING JOINT MOTION FOR RELIEF FROM DEADLINE FOR REPORTS FROM DAMAGE EXPERT WITNESSES<br><br>[**PROPOSED**]<br><br>**NOTE ON MOTION CALENDAR: MAY 1, 2025** |
| JOSEPH PHILLIPS,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>PLINTRON TECHNOLOGIES USA LLC; MOHAN KUMAR SUNDARAM, and his marital community; SUBHASHREE RADHAKRISHNAN, and her marital community; HEM SENTHIL RAJ, and his marital community; MURALI KRISHNA POSA, and his marital community; PLINTRON HOLDINGS PTE LTD; and PLINTRON MOBILITY SOLUTIONS PVT LTD.,<br><br>    Counterclaim Defendants. | |

ORDER GRANTING JOINT MOTION FOR RELIEF FROM DEADLINE FOR REPORTS FROM DAMAGE EXPERT WITNESSES: CASE NO. 2:24-CV-00093-MJP - 1

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650

THIS MATTER, having come before the Court on Joint Motion for Relief from Deadline for Reports from Damage Expert Witnesses.  Having reviewed the Parties' joint submission and being otherwise fully informed,

IT IS SO ORDERED that the Joint Motion is GRANTED and the deadline by which the parties' respective damages experts can produce their expert report and opinions shall be June 4, 2025.

Dated this 5th day of May, 2025.

The Honorable James L. Robart
United States District Court Judge

Jointly Presented by:

DAVID WRIGHT TREMAINE LLP

By: s/ Matthew Diggs
Matthew Diggs, WSBA #36331
Devin M. Smith, WSBA #42219
Matthew Jedreski, WSBA #50542

*Attorneys for Defendant Joseph Phillips*

CORR CRONIN LLP

By: s/ Jack Lovejoy
Jack Lovejoy, WSBA #36962
Maia Robbins, WSBA #54451
Steven Fogg, WSBA #23528
Eric Lindberg, WSBA #43596

*Attorneys for Defendants Richard Pelly, Thomas Mathew, Greg McKervey, and Desiree Michelle Gray*

BRYAN CAVE LEIGHTON PAISNER LLP

By: s/ Randall T. Thomsen
Jenny A. Durkan, WSBA # 15751
Randall T. Thomsen, WSBA #25310
Shane P. Cramer, WSBA # 35099

*Attorneys for Plaintiff Plintron Technologies USA LLC*

ORDER GRANTING JOINT MOTION FOR RELIEF FROM DEADLINE FOR REPORTS FROM DAMAGE EXPERT WITNESSES: CASE NO. 2:24-CV-00093-MJP - 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650