UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>Defendants. | CASE NO. 2:24-cv-00093<br><br>ORDER ON MOTIONS FOR LEAVE FROM DEADLINES |
| JOSEPH PHILLIPS,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PLINTRON TECHNOLOGIES USA LLC, et al.<br><br>Counterclaim Defendants. | |

ORDER ON MOTIONS FOR LEAVE FROM DEADLINES - 1

|   |   |
|---|---|
| 1 | This Matter comes before the Court on Defendant Joseph Phillips and third parties KonnectOne LLC and MVNO Connect LLC's Expedited Unopposed Motion for Leave from Deadline in Court's Order on Discovery Motion (Dkt. No. 178) and Plaintiff Plintron Technologies USA LLC's Motion for Leave from Deadline in Court's Order on Discovery Motions (Dkt. No. 161). Having reviewed the Motions, Plaintiff Phillips' response to Plintron's Motion (Dkt. No. 173), Plintron's reply (Dkt. No. 176), and all other supporting materials, the Court finds there is good cause to extend the deadlines for the Parties to comply with the Discovery Orders. Therefore, the Court GRANTS both Motions. |

Plintron shall have until May 14, 2025, to comply with this Court's March 31, 2025, Order on Discovery Motions Dkt. Nos. 99, 101 (Dkt. No. 160). Phillips, KonnectOne LLC, and MVNO Connect LLC, shall have until May 9, 2025, to comply with this Court's April 9, 2025, Order on Discovery Motions Dkt. Nos. 94, 109 (Dkt. No. 164).

The clerk is ordered to provide copies of this order to all counsel.

Dated May 12, 2025.

Marsha J. Pechman
United States Senior District Judge