HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>    Defendants.<br><br>JOSEPH PHILLIPS,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>PLINTRON TECHNOLOGIES USA LLC; MOHAN KUMAR SUNDARAM, and his marital community; SUBHASHREE RADHAKRISHNAN, and her marital community; HEM SENTHIL RAJ, and his marital community; MURALI KRISHNA POSA, and his marital community; PLINTRON HOLDINGS PTE LTD; and PLINTRON MOBILITY SOLUTIONS PVT LTD.,<br><br>    Counterclaim Defendants. | Case No. 2:24-cv-00093-MJP<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PARTIAL DISMISSAL WITH PREJUDICE OF CERTAIN COUNTERCLAIMS AND COUNTERCLAIM DEFENDANTS**<br><br>*[Clerk's Action Required]* |

[~~PROPOSED~~] ORDER GRANTING STIPULATED PARTIAL DISMISSAL
OF CERTAIN COUNTERCLAIM DEFENDANTS
(2:24-cv-00093-MJP) - 1

THIS MATTER comes before the Court on the Stipulated Partial Dismissal with Prejudice of Certain Counterclaims and Counterclaim Defendants (the "Dismissal"). Being fully advised in this matter, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Dismissal is GRANTED.

1. All counterclaims filed by Defendant and Counterclaim Plaintiff Joseph Phillips ("Phillips") against Counterclaim Defendant Hem Senthil Raj are dismissed with prejudice as to Counterclaim Defendant Raj;

2. All counterclaims filed by Phillips against Counterclaim Defendant Murali Krishna Posa are dismissed with prejudice as to Counterclaim Defendant Posa;

3. The Eighth Counterclaim for Defamation filed by Phillips is dismissed with prejudice as to all Counterclaim Defendants;

4. The Ninth Counterclaim for Tortious Interference with Business Relationships or Expectancy filed by Phillips is dismissed with prejudice as to all Counterclaim Defendants; and

5. The Tenth Counterclaim for Unfair Competition under RCW § 19.86 *et seq.* filed by Phillips is dismissed with prejudice as to all Counterclaim Defendants.

IT IS SO ORDERED.

DATED this 10th day of June, 2025.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN

[PROPOSED] ORDER GRANTING STIPULATED PARTIAL DISMISSAL
OF CERTAIN COUNTERCLAIM DEFENDANTS
(2:24-cv-00093-MJP) - 2