THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>Defendant. | No. 2:24-cv-00093-MJP<br><br>**ORDER ON MOTION FOR LEAVE TO TAKE DEPOSITION AFTER CLOSE OF FACT DISCOVERY**<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 27, 2025 |

THIS MATTER comes before the Court on non-Party T-Mobile's Motion to conduct the deposition of non-party corporate representative, Daniel Thygesen ("Mr. Thygesen"), on July 31, 2025, which is after the deadline for the close of fact discovery on July 7, 2025. The Court considered the following documents in entering this Order:

1.  Non-Party T-Mobile's Motion for Leave to Take the Deposition After The Close of Fact Discovery.

2.  The other pleadings and files in the Court record.

ORDER ON MOTION FOR LEAVE – 1
(No. 2:24-cv-00093-MJP)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER:**

Being fully advised in this matter, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that non-Party T-Mobile's Motion for Leave to Take the Deposition After the Close of Fact Discovery is GRANTED.

The request for leave is GRANTED.

IT IS SO ORDERED.

DATED this 27 day of June, 2025.

*[signature]*

The Honorable Marsha J. Pechman
United States District Judge

ORDER ON MOTION FOR LEAVE – 2
(NO. 2:24-CV-00093-MJP)

**Perkins Coie LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Phone: +1.202.654.6200
Fax: +1.202.654.6211