THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLINTRON TECHNOLOGIES USA LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH PHILLIPS, RICHARD PELLY, THOMAS MATHEW, GREG MCKERVEY, and DESIREE MICHELLE GRAY,<br><br>　　　　　　Defendants.<br><br>JOSEPH PHILLIPS,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>PLINTRON TECHNOLOGIES USA LLC; MOHAN KUMAR SUNDARAM, and his martial community; SUBHASHREE RADHAKRISHNAN, and her marital community; PLINTRON HOLDINGS PTE LTD; and PLINTRON MOBILITY SOLUTIONS PVT LTD.,<br><br>　　　　　　Counterclaim Defendants. | No. 2:24-cv-00093 (MJP)<br><br>**ORDER GRANTING LCR 37 JOINT MOTION FOR LEAVE TO TAKE DEPOSITIONS AFTER CLOSE OF DISCOVERY**<br><br>**[~~PROPOSED~~]**<br><br>NOTE ON MOTION CALENDAR: July 7, 2025 |

PROPOSED ORDER - 1
4923-5289-8643v.1 0122650-000001

THIS MATTER comes before the Court on the Parties' LCR 37 Joint Motion for Leave to Take Depositions After Close of Discovery (the "Motion"). Being fully advised in this matter, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The Parties have leave to take the following depositions after the close of discovery:

| Deponent | Date |
| --- | --- |
| Whitey Bluestein | July 8, 2025 |
| Daniel Morrissey | July 10, 2025 |
| Mohan Kumar Sundaram | July 15, 2025 |
| Subhashree Radhakrishnan | July 16, 2025 |
| Plintron Technologies USA, LLC | July 17, 2025 |
| Drew Voth | July 21, 2025 |
| Robert Vigil | July 25, 2025 |
| Lycamobile USA | July 30, 2025 |

IT IS SO ORDERED.

DATED this 10th day of July, 2025.

_____
THE HONORABLE MARSHA J. PECHMAN

PROPOSED ORDER - 2
4923-5289-8643v.1 0122650-000001