1          THE HONORABLE MARSHA J. PECHMAN

2

3

4

5

6

7                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
8                         AT SEATTLE

9  PLINTRON TECHNOLOGIES USA LLC,

10              Plaintiff,                    No. 2:24-cv-00093

11      v.                                   [~~PROPOSED~~] ORDER
                                             GRANTING STIPULATED
12  JOSEPH PHILLIPS, RICHARD PELLY,          MOTION REGARDING
    THOMAS MATHEW, GREG MCKERVEY,            SUMMARY JUDGMENT
13  and DESIREE MICHELLE GRAY,               BRIEFING

14              Defendants.
                                             NOTE ON MOTION CALENDAR:
15  _____  July 28, 2025

16  JOSEPH PHILLIPS,

17              Counterclaim Plaintiff,

18      v.

19  PLINTRON TECHNOLOGIES USA LLC;
    MOHAN KUMAR SUNDARAM, and his
20  martial community; SUBHASHREE
    RADHAKRISHNAN, and her marital
21  community; PLINTRON HOLDINGS PTE
    LTD; and PLINTRON MOBILITY
22  SOLUTIONS PVT LTD.,

23              Counterclaim Defendants.

24

25                         **ORDER**

26      THIS MATTER came before the Court upon the stipulated motion of the Parties

27  regarding summary judgment briefing.  Having considered the papers submitted in support of the

stipulated motion, it is ORDERED, ADJUDGED, AND DECREED that the Motion is

GRANTED.

DATED this 1st day of August 2025.

THE HONORABLE MARSHA J. PECHMAN

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant and Counterclaim Plaintiff Joseph Phillips

By */s/ Devin Smith*
    Devin M. Smith, WSBA #42219
    Matthew Diggs, WSBA #36331
    Matthew Jedreski, WSBA #50542
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    Fax: 206-757-7700
    Email: devinsmith@dwt.com
    Email: matthewdiggs@dwt.com
    Email: mjedreski@dwt.com

Corr Conin LLP
Attorneys for Defendants Richard Pelly, Thomas Mathew, Greg McKervey, and Desiree Michelle Gray
(via email approval)

By */s/ Jack Lovejoy*
    Jack M. Lovejoy, WSBA #36962
    Kathryn Joy, WSBA #60056
    Maia R. Robbins, WSBA #54451
    1015 Second Avenue, Floor 10
    Seattle, WA  98104
    Phone: (206) 625-8600
    jlovejoy@corrcronin.com
    mrobbins@corrcronin.com
    kjoy@corrcronin.com

Bryan Cave Leighton Paisner LLP
Attorneys for Plaintiff Plintron Technologies USA LLC and Counterclaim Defendants
(via email approval)

[~~PROPOSED~~] ORDER REGARDING SUMMARY
JUDGMENT BRIEFING (No. 2:24-cv-00093) - 2
4915-4181-6152v.1 0122650-000001

By /s/ Shane Cramer
   Jenny A. Durkan, WSBA #15751
   Randall T. Thomsen, WSBA #25310
   Shane P. Cramer, WSBA #35099
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Telephone: (206) 623-1700
   Email: jenny.durkan@bclplaw.com
   Email: randall.thomsen@bclplaw.com
   Email: shane.cramer@bclplaw.com

[~~PROPOSED~~] ORDER REGARDING SUMMARY
JUDGMENT BRIEFING (No. 2:24-cv-00093) - 3
4915-4181-6152v.1 0122650-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax