UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLINTRON TECHNOLOGIES USA LLC,

Plaintiff,

v.

JOSEPH PHILLIPS, *et al.*,

Defendants.

JOSEPH PHILLIPS,

Counterclaim Plaintiff,

v.

PLINTRON TECHNOLOGIES USA LLC, *et al.*,

Counterclaim Defendants.

Case No. C24-93-TL-MLP

ORDER SETTING TRIAL DATE & RELATED DATES

| **Event** | **Date** |
|---|---|
| Jury Trial set for 9:00 a.m. on | **6/21/2027** |
| Length of trial | 10-12 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 11/23/2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 12/23/2026 |
| All motions related to discovery must be filed by | 12/23/2026 |
| Discovery completed by | 1/22/2027 |

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 2/19/2027 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 3/22/2027 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 4/22/2027 |
| All motions *in limine* must be filed by | 5/17/2027 |
| Agreed LCR 16.1 Pretrial Order due | 6/1/2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 6/4/2027 |
| Pretrial Conference scheduled for 1:00 p.m. on | 6/11/2027 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery proposals submitted by the parties. (Dkt. # 408.) In addition, and for reasons stated on the record at the March 10, 2026 status hearing (dkt. # 405), the Court further Orders as follows:

(1) The parties may each conduct four (4) additional depositions beyond those previously allotted by the Court.

(2) Plaintiff may serve ten (10) additional interrogatories to each newly joined Defendant, which is in addition to the interrogatories previously served in the prior state court case; and the newly joined Defendants may serve up to twenty-two (22) interrogatories each to Plaintiff.

(3) The Court will not set word limits or a briefing schedule for spoliation at this time.

(4) The Clerk is directed to send copies of this order to the parties and to the Honorable Tana Lin.

Dated this 10th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge