UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLINTRON TECHNOLOGIES USA LLC,

                     Plaintiff,

    v.

JOSEPH PHILLIPS, *et al.*,

                   Defendants.

_____

JOSEPH PHILLIPS,

          Counterclaim Plaintiff,

    v.

PLINTRON TECHNOLOGIES USA LLC,
*et al.*,

         Counterclaim Defendants.

Case No. C24-93-TL-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Pursuant to this Court's March 10, 2026 Order (dkt. # 412), Counterclaim Defendants Mohan Kumar Sundaram and Subhashree Radhakrishnan produced certain bank records to the Court for in camera review. Having reviewed the submitted bank records in camera, the Court

MINUTE ORDER - 1

finds that the redacted portions of the bank records do not appear to relate to any claim or defense at issue in this action.

The Clerk is directed to send copies of this order to the parties and to the Honorable Tana Lin.

Dated this 27th day of March, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2